**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SIUBAL MOYA-CARDERIN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DIRECTOR, IMMIGRATION CUSTOMS )<br>ENFORCEMENT, LEONARD ODDO, et al., )<br>)<br>Respondents. ) | Civil Action No. 3:25-509<br>Judge Nora Barry Fischer<br>Magistrate Judge Keith A. Pesto |

## ORDER OF COURT

AND NOW, this 6th day of February, 2026, upon consideration of the Report and Recommendation of United States Magistrate Judge Keith A. Pesto dated January 14, 2026, (Docket No. 2), recommending that the § 2241 Petition filed on behalf of Suibal Moya-Carderin by Next Friend Lisa Brady be dismissed, without prejudice, as it was prepared and signed by a Next Friend who is not a member of the Bar or authorized to practice law in this Court and the Petition otherwise fails to state a claim that Petitioner is entitled to habeas relief and denied the Motion for Leave to Proceed In Forma Pauperis as it was also signed by Lisa Brady, and the Magistrate Judge further directed that any objections be filed within 14 days such that objections were due from non-ECF users by February 2, 2026, no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of January 14, 2026, (Docket No. 2), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the Petition [1] is DISMISSED, without prejudice, for the reasons set forth in the Report and Recommendation, (Docket No. 2);

IT IS FURTHER ORDERED that no certificate of appealability shall issue, *see Goodloe v. Warden Lewisburg USP*, 2025 WL 342189, *1, n.1 (3d Cir. 2025) (citing *Reese v. Warden Phila. FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("a federal prisoner challenging the denial of a § 2241 petition, he need not obtain a certificate of appealability");

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

FINALLY, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:  United States Magistrate Judge Keith A. Pesto

cc:   SIUBAL MOYA-CARDERIN
      A#074028005
      MOSHANNON VALLEY PROCESSING CENTER
      555 GEO DRIVE
      PHILLIPSBURG, PA 16866 (via first class mail)